

E-FILED
Wednesday, 09 May 2007 11:26:15 AM
Clerk, U.S. District Court, ILCD

MAY -9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DERRICK COOKS

    Petitioner-Defendant,

CR 03-10004

Honorable Michael M. Mihm
District Judge,

Vs.

07-1117

UNITED STATES OF AMERICA

    Plaintiff-Respondent,

_____/

MOTION FOR AN APPOINTMENT OF COUNSEL IN SUPPORT OF PETITIONER'S §2255

NOW COMES, Petitioner-Defendant, Derrick Cooks pro se, respectfully moves this Honorable Court to appoint counsel to assist him in a collateral review, pursuant to the Federal Rules of Criminal Procedure 18 U.S.C. 3006 A. Petitioner in support of his motion states:

The petitioner in now in the process of filing a 2255 motion before this Court without any adequate legal assistance. Under the standard as set forth in 18 U.S.C. 3006 A, this Court has the judicial power to grant petitioner's request for counsel assistance under 2255. While petitioner was been held in custody at Milan Federal Correctional Institution he had legal assistance provided from a jailhouse laywer. At this time, petitioner is now on his way to be destinated to another facility, and may not have adequate time to find any assistance to reply to the government.

Also, petitioner does not possess the necessary skill, knowledge or experience in federal law and would need an attorney for his cause of action in the 2255 proceedings. Because of the limited opportunity to file a 2255 motion in regards to the AEDPA, petitioner cannot afford to miss out from the one bite

(1)

of the apple principle. The issues that are raised in petitioner's 2255 motion must be reviewed carefully and with proper application of the law. Again, petitioner does not know how best to proceed on his own behalf nor can he afford to hire an attorney. Therefore, petitioner request that the Court consider his motion and grant him an appoint of counsel to assist in his 2255.

Prepared By:

*Queentin But* (signature)
Inmate

Respectfully submitted,

*Derrick Cooks* (signature)
Derrick Cooks
Reg.# 13084-026
P.O. Box 1000
Milan, MI 48160

(2)