E-FILED
Friday, 11 May, 2007  02:38:32 PM
Clerk, U.S. District Court, ILCD

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Office worker<br><br>B. Received by ( Printed Name )   C. Date of Delivery<br>Jord[FILED] |
| 1. Article Addressed to:<br><br>AUSA<br><br>07-1117 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>MAY 1 1 2007<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0004 7294 5275 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540