E-FILED
Thursday, 17 May, 2007 12:32:54 PM
Clerk, U.S. District Court, ILCD

Derrick Cooks
Reg # 13084-026
P.O. Box 1000
Duluth, MN 55814

5-14-07

**FILED**

MAY 1 7 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: 03-10004

Dear Clerk,

    Petitioner recently filed a 2255 motion before this Court while he was in custody at F.C.J Milan, Michigan. However, petitioner want to give notice that he is now currently at the facility F.P.C. Duluth and ask that any relevant material be send to the foremention address above. Also, petitioner further request that he receive a filed copy of his pending 2255 motion for the record