IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| DERRICK T. COOKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 07-1117 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**

NOW COMES the United States of America, through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Greggory R. Walters, Assistant United States Attorney, and for its motion for extension of time states as follows:

1.  On May 10, 2007, this Court entered an order directing the government to respond within 21 days to petitioner's motion pursuant to 28 U.S.C. § 2255. The government received service of the order and petitioner's motion on May 11, 2007. Accordingly, the government's response is due on Friday, June 1, 2007.

2.  In the motion, petitioner raises two related claims of ineffective assistance of trial counsel. Consequently, an affidavit from Mr. Robert F.

Nemzin, petitioner's trial counsel, is material to the government's response to the § 2255 motion.

3. On or about Tuesday, May 14, 2007, Mr. Nemzin's legal assistant informed the undersigned AUSA that Mr. Nemzin was in trial during the week of May 14, 2007.

4. On May 16, 2007, Mr. Nemzin, while in the middle of a trial, returned the undersigned AUSA's phone call. Mr. Nemzin requested the undersigned AUSA send him the petitioner's motion, supporting memorandum, and affidavit, and counsel agreed to speak with each other at the end of the week.

5. On May 16, 2007, the undersigned AUSA sent by federal express to Mr. Nemzin the requested documents, along with other documents from the criminal case file. In the letter, the undersigned AUSA requested Mr. Nemzin provide an affidavit concerning his representation of the petitioner.

6. On May 18, 2007, Mr. Nemzin stated that he would try to have an affidavit to the undersigned AUSA by May 25, 2007.

7. On May 25, 2007, Mr. Nemzin contacted the undersigned AUSA by telephone and informed him that Mr. Nemzin's widowed, 84-year-old mother, went into the hospital on Thursday, May 24, 2007, with chest pains and had emergency angioplasty surgery. Mr. Nemzin's mother's condition requires Mr.

Nemzin's presence at the hospital for the near future.  Mr. Nemzin stated that his mother is doing well but her age will likely slow her recovery time.  Mr. Nemzin could not estimate how long his mother will be in the hospital or how long his care may be required following her return from the hospital.

8. The government is seeking a 21-day extension of time to file its response, or until June 22, 2007.  This request is based on Mr. Nemzin's family medical emergency and his having been in trial during one of the three weeks the government has to prepare its response to the § 2255 motion.

9. This motion is not made for purposes of harassment or delay.

WHEREFORE, the United States of America respectfully requests until June 22, 2007, to file its response to the petitioner's § 2255 motion.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    By:   /s/ Greggory R. Walters
           Assistant United States Attorney
           One Technology Plaza
           211 Fulton Street, Suite 400
           Peoria, Illinois 61602
           Tel: (309) 671-7050
           Fax: (309) 671-7259
           E-mail: greggory.walters@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of the foregoing, via first class U.S. mail, postage prepaid, to the following person:

> Derrick T. Cooks
> Inmate Registration No. 13084-026
> FPC Duluth
> P.O. Box 1000
> Duluth, MN 55814

/s/Kimberly Ritthaler
Legal Assistant