E-FILED
Friday, 15 June, 2007  11:46:32 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JUN 1 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK T. COOKS, | ) |
|     Petitioner, | ) ) ) |
| vs. | ) ) Case No. 07-1117 |
| UNITED STATES OF AMERICA, | ) ) |
|     Respondent. | ) ) ) ) |

### MOTION FOR EXTENSION OF TIME

COMES NOW Petitioner Derrick T. Cooks (hereinafter, "Cooks"), appearing pro se, pursuant to the Federal Rules of Civil Procedure, Rule 6(b), and the Rules Governing Rule 2255 Proceedings, Rule 5(e), and asks the Court to extend the period to, and including, July 13, 2007 for submission of his reply to the Government's Response to his § 2255 Motion. Cooks offers the following suggestions as support for this request.

### SUGGESTIONS IN SUPPORT

1. Cooks received the Government's June 6, 2007 response at his place of incarceration (Duluth, Minnesota Federal Prison Camp) on June 8, 2007. The United States had sought and received an extension of time to file the pleading.

2. Cooks arrived at the Duluth camp May 10, 2007. He transferred from FCI Milan, Michigan. Cooks is not legally trained. He accordingly relies on assistance from other inmates to research and frame his pleadings.

3. At the Duluth camp, Cooks' job detail is the Food Service Department.

He therefore is obstructed from attendance at the inmate legal library until approximately 5:30p.m. each evening. Cooks has nevertheless encountered other inmates willing to review his casefile and assist with the reply pleading. Cooks consequently believes he will be able to mail his reply on or before the July 13, 2007 date requested here.

4.  Cooks' incarceration frustrates him from contacting Government Counsel regarding this motion. He nonetheless believes that the Court's Order Granting this request will not confer prejudice to the United States.

Wherefore, and for each of the reasons set forth above, Petitioner Derrick T. Cooks seeks the Court's Order Extending the period for submission of his reply to and including July 13, 2007.

Respectfully Submitted,

*Derrick J. Cooks*
Derrick T. Cooks pro se
Registration Number 13084-026
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814

(2)

CERTIFICATE OF SERVICE

I certify under the penalty of perjury as written at Title 28 U.S.C. § 1746 that the foregoing, **MOTION FOR EXTENSION OF TIME,** was placed in the designated "legal mailbox" at the Duluth, Minnesota Federal Prison Camp, first-class postage affixed, for placement in the United States Mail Service on this 12th day of June, 2007. In the same fashion, a true and correct copy of the document was sent to:

> Greggory R. Walters
> Assistant United States Attorney
> One Technology Plaza
> 211 Fulton Street
> Suite 400
> Peoria, Illinois 61602

*Derrick J. Cooks*
Derrick T. Cooks