AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
AUG 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DERRICK T. COOKS**

vs.

Case Number:  **07-1117**

**USA**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that motion to vacate, set aside, or correct sentence pursuant to 28, U.S.C., Section 2255 is DENIED. Parties to bear their own costs.

ENTER this 17th day of August, 2007.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK

07-1117 jgm.wpd