

E-FILED
Monday, 22 October, 2007 01:30:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DERRICK T. COOKS, | * | USCA 7 No:_____ |
| Petitioner, | * | |
| | * | Docket Court Number |
| vs. | * | Case No. 07-1117 |
| | * | |
| UNITED STATES OF AMERICA, | * | District Court Judge |
| Respondent. | * | Michael M. Mihm |
| | * | |

## MOTION FOR CERTIFICATE OF APPEALABILITY

Petitioner, Derrick T. Cooks, pro se, pursuant to 28 U.S.C. § 2253 and F.R.A.P., Rule 22, hereby moves this Court to issue a Certificate of Appealability so that he may pursue an appeal of this Court's denial of his Motion filed pursuant to Title 28 U.S.C. § 2255 to the 7th Circuit Court of Appeals. In furtherance of said Motion, Petitoner shows this Court as follows:

1. On August 16th, 2007, this Court entered Judgment denying Petitioner's Motion filed pursuant to Title 28 U.S.C. § 2255.

2. On August 25th, 2007, in response to this Court's Order and Judgment. Petitioner timely filed a Motion for Leave to File Consolidated Motion to Reconsider and/or amend Judgment.

3. On September 7th, 2007, this Court entered an Order denying Petitioner's Motion for Reconsideration.

4. Notice of Appeal was filed contemporaneously with this Motion on October 16, 2007.

5.  The issues that Petitioner seeks to have certified for appealability are:

(a) Whether counsel was ineffective at trial for stipulating that the controlled substance was 39.3 grams of cocaine base (crack); and (b) Whether counsel rendered his services ineffective at sentencing for not challenging the PSR finding of 39.3 grams of cocaine base (crack)?

6.  A Brief in support of Petitioner's Motion for Certificate of Appealability is submitted to the Court along with this Motion.

7.  **WHEREFORE**, Petitioner respectfully requests that this Court issue a Certificate of Appealability so that he may pursue the denial of his 28 U.S.C. § 2255 Motion to the 7th Circuit Court of Appeals.

**Dated** this 16th day of October, 2007.

Respectfully submitted,

*Derrick J. Cooks*,
Derrick T. Cooks
Reg. No.: #13084-026
Federal Prison Camp - Duluth
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

2.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2007 a true and correct copy of the foregoing:

## MOTION FOR CERTIFICATE OF APPEALABILITY

was sent, postage pre-paid, to:

Greggory Walters
United States Attorney
Central District of Illinois
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, IL 61602

*Derrick J. Cooks*,
Derrick T. Cooks
Reg. No.: #13084-026
Federal Prison Camp - Duluth
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

3.