E-FILED
Monday, 22 October, 2007 01:33:20 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DERRICK T. COOKS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

DOCKETING STATEMENT

Case No.: 07-1117

### I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a Civil action arising under the laws of the United States pursuant to Title 28 U.S.C. § 2255.

### II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Central District of Illinois entered on August 16th, 2007 by the Honorable Michael M. Mihm. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court on 10.16.2007.

Dated at Duluth, MN, this 16 day of October, 2007.

*Derrick J. Cooks*,
Derrick T. Cooks
Reg. No.: #13084-026
Federal Prison Camp - Duluth
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

## CERTIFICATE OF SERVICE

I hereby certify that on this  16   day of October, 2007 a true and correct copy of the foregoing:

## DOCKETING STATEMENT

was sent, postage pre-paid, to:

Greggory Walters
United States Attorney
Central District of Illinois
One Technology Plaza
211 Fulton Street, Suite 400
Peroia, IL 61602

*Derrick J. Cooks*,
Derrick T. Cooks
Reg. No.: #13084-026
Federal Prison Camp - Duluth
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

2.