E-FILED
Monday, 22 October, 2007 01:52:31 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                              Docket No.: 07-1117

Division: Peoria

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Derrick T. Cooks                    v.      USA

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Derrick T. Cooks | Name: Greggory Walters |
| Firm: Duluth Federal Prison Camp | Firm: AUSA |
| Address: PO Box 1000 | Address: 211 Fulton St., Suite 400 |
| Duluth, MN 55814 | Peoria, IL. 61602 |
| Phone: 218-722-8634 | Phone: 309-671-7050 |

---

Judge: Michael M. Mihm                    Nature of Suit Code:  510

Court Reporter: K.Hanna                   Date Filed in District Court:  5/9/7

                                          Date of Judgment: 8/16/7  &  9/7/7

                                          Date of Notice of Appeal: 10/22/7

Counsel:   ___Appointed      _ _Retained    X__Pro Se

Fee Status:    ___Paid     _ _Due       ___IFP      _X_IFP Pending      ___U.S.      ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:     X__Yes       ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; _X_pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**