AO 240 (1/94)

E-FILED
Thursday, 06 December, 2007 12:53:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL ──────── DISTRICT OF ──────── ILLINOIS

DEC - 6 2007

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Derrick T. Cooks,

    Plaintiff

v.

United States of America,

    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:07-cv-1117

I, Derrick Cooks, _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

### Application for Certificate of Appealability

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration Federal Prison Camp - Duluth

    Are you employed at the institution? Yes    Do you receive any payment from the institution? Yes

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

       I am a Grade three, and I make $20 monthly.
       Federal Bureau of Prisons/FPC Duluth, P.O. Box 1000

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] | [X] |
    | b. | Rent payments, interest or dividends | [ ] | [X] |
    | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
    | d. | Disability or workers compensation payments | [ ] | [X] |
    | e. | Gifts or inheritances | [X] | [ ] |
    | f. | Any other sources | [ ] | [X] |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. The $100 gift is from my Mother, and (-)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount. N/A

5. Do you own any real estate. stocks. bonds, securities, other financial instruments. automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support. state your relationship to each person and indicate how much you contribute to their support.

   None.

I declare under penalty of perjury that the above information is true and correct.

11-27-07  *Derrick J. Cooks*
DATE     SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 100.93 on account to his/her credit at (name of institution) FPC Duluth, MN . I further certify that the applicant has the following securities to his/her credit: N/A

_____. I further certify that during the past six months the applicant's average balance was $ 22.40 .

11-27-2007  *Tom Hempfer*
DATE       SIGNATURE OF AUTHORIZED OFFICER

1:07-cv-01117-MMM    # 25-2    Page 1 of 5

E-FILED
Date: 11/27/2007
Time: 11:36:58 am
Thursday, 06 December, 2007  12:55:41 PM
Clerk, U.S. District Court, ILCD

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DTH

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 13084026 | Living Quarters: | E03-202L |
| Inmate Name: | COOKS, DERRICK | Arrived From: | MIL |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 11/25/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 05/27/2007 12:21:12 PM | TFN0527 | | Phone Withdrawal | ($3.00) | | $20.02 |
| DTH | 05/28/2007 06:39:18 PM | TFN0528 | | Phone Withdrawal | ($5.00) | | $15.02 |
| DTH | 06/01/2007 09:09:15 PM | TFN0601 | | Phone Withdrawal | ($2.00) | | $13.02 |
| DTH | 06/03/2007 12:54:17 PM | TFN0603 | | Phone Withdrawal | ($3.00) | | $10.02 |
| DTH | 06/03/2007 09:30:54 PM | TFN0603 | | Phone Withdrawal | ($1.00) | | $9.02 |
| DTH | 06/05/2007 10:16:58 AM | GIPP0507 | | Payroll - IPP | $9.24 | | $18.26 |
| DTH | 06/07/2007 07:07:42 PM | 86 | | Sales | ($13.05) | | $5.21 |
| DTH | 06/07/2007 07:09:12 PM | 87 | | Sales | $0.00 | | $5.21 |
| DTH | 06/08/2007 08:27:11 PM | TFN0608 | | Phone Withdrawal | ($3.00) | | $2.21 |
| DTH | 06/10/2007 02:03:18 PM | TFN0610 | | Phone Withdrawal | ($2.00) | | $0.21 |
| DTH | 06/10/2007 06:05:01 PM | 33318107 | | Western Union | $100.00 | | $100.21 |
| DTH | 06/11/2007 02:23:14 PM | TFN0611 | | Phone Withdrawal | ($10.00) | | $90.21 |
| DTH | 06/12/2007 01:24:20 PM | TFN0612 | | Phone Withdrawal | ($10.00) | | $80.21 |
| DTH | 06/13/2007 07:41:30 PM | 136 | | Sales | ($5.45) | | $74.76 |
| DTH | 06/14/2007 06:55:39 PM | 64 | | Sales | ($35.40) | | $39.36 |
| DTH | 06/14/2007 08:29:58 PM | TFN0614 | | Phone Withdrawal | ($4.00) | | $35.36 |
| DTH | 06/16/2007 11:52:53 AM | TFN0616 | | Phone Withdrawal | ($5.00) | | $30.36 |
| DTH | 06/17/2007 03:06:37 PM | TFN0617 | | Phone Withdrawal | ($5.00) | | $25.36 |
| DTH | 06/17/2007 07:34:36 PM | TFN0617 | | Phone Withdrawal | ($5.00) | | $20.36 |
| DTH | 06/22/2007 01:07:45 PM | TFN0622 | | Phone Withdrawal | ($2.00) | | $18.36 |
| DTH | 06/22/2007 09:15:08 PM | TFN0622 | | Phone Withdrawal | ($3.00) | | $15.36 |
| DTH | 06/23/2007 12:40:50 PM | TFN0623 | | Phone Withdrawal | ($5.00) | | $10.36 |
| DTH | 06/28/2007 01:04:17 PM | 33319407 | | Western Union | $100.00 | | $110.36 |
| DTH | 06/28/2007 06:53:00 PM | 85 | | Sales | ($53.35) | | $57.01 |
| DTH | 06/28/2007 06:54:45 PM | 86 | | Sales | $0.85 | | $57.86 |
| DTH | 06/28/2007 09:19:04 PM | TFN0628 | | Phone Withdrawal | ($2.00) | | $55.86 |
| DTH | 06/30/2007 01:55:31 PM | TFN0630 | | Phone Withdrawal | ($5.00) | | $50.86 |
| DTH | 07/01/2007 07:39:17 PM | TFN0701 | | Phone Withdrawal | ($10.00) | | $40.86 |
| DTH | 07/04/2007 02:45:46 PM | TFN0704 | | Phone Withdrawal | ($10.00) | | $30.86 |
| DTH | 07/05/2007 06:35:52 PM | 108 | | Sales | ($22.70) | | $8.16 |

Page 2

Date: 11/27/2007
Time: 11:36:58 am

Facility: DTH

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

## General Information

| Inmate Reg#: | 13084026 | Living Quarters: | E03-202L |
|---|---|---|---|
| Inmate Name: | COOKS, DERRICK | Arrived From: | MIL |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 11/25/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 07/06/2007 05:52:36 PM | TFN0706 | | Phone Withdrawal | ($1.00) | | $7.16 |
| DTH | 07/07/2007 06:16:08 PM | TFN0707 | | Phone Withdrawal | ($4.00) | | $3.16 |
| DTH | 07/09/2007 03:17:10 PM | GIPP0607 | | Payroll - IPP | $18.48 | | $21.64 |
| DTH | 07/09/2007 08:22:31 PM | TFN0709 | | Phone Withdrawal | ($6.00) | | $15.64 |
| DTH | 07/16/2007 05:04:53 AM | 70187203 | | Lockbox - CD | $30.00 | | $45.64 |
| DTH | 07/18/2007 04:58:00 PM | 8 | | Sales | ($31.05) | | $14.59 |
| DTH | 07/18/2007 09:19:48 PM | TFN0718 | | Phone Withdrawal | ($2.00) | | $12.59 |
| DTH | 07/21/2007 11:15:06 AM | TFN0721 | | Phone Withdrawal | ($1.00) | | $11.59 |
| DTH | 07/25/2007 05:10:43 PM | 19 | | Sales | ($8.95) | | $2.64 |
| DTH | 08/06/2007 11:25:11 AM | GIPP0707 | | Payroll - IPP | $19.32 | | $21.96 |
| DTH | 08/08/2007 07:10:53 AM | TFN0808 | | Phone Withdrawal | ($3.00) | | $18.96 |
| DTH | 08/08/2007 10:26:37 AM | 33222307 | | Western Union | $100.00 | | $118.96 |
| DTH | 08/08/2007 05:10:52 PM | 14 | | Sales | ($74.50) | | $44.46 |
| DTH | 08/08/2007 09:41:48 PM | TFN0808 | | Phone Withdrawal | ($4.00) | | $40.46 |
| DTH | 08/13/2007 05:11:28 AM | 70189203 | | Lockbox - CD | $20.00 | | $60.46 |
| DTH | 08/14/2007 09:24:30 PM | TFN0814 | | Phone Withdrawal | ($3.00) | | $57.46 |
| DTH | 08/15/2007 05:15:09 PM | 20 | | Sales | ($32.55) | | $24.91 |
| DTH | 08/15/2007 07:44:00 PM | 139 | | Sales | ($15.50) | | $9.41 |
| DTH | 08/17/2007 08:53:49 PM | TFN0817 | | Phone Withdrawal | ($3.00) | | $6.41 |
| DTH | 08/23/2007 07:09:35 AM | TFN0823 | | Phone Withdrawal | ($2.00) | | $4.41 |
| DTH | 08/24/2007 11:40:44 AM | TFN0824 | | Phone Withdrawal | ($2.00) | | $2.41 |
| DTH | 08/26/2007 09:29:08 PM | TFN0826 | | Phone Withdrawal | ($2.00) | | $0.41 |
| DTH | 08/27/2007 09:05:45 PM | 33323607 | | Western Union | $100.00 | | $100.41 |
| DTH | 08/27/2007 09:41:20 PM | TFN0827 | | Phone Withdrawal | ($3.00) | | $97.41 |
| DTH | 08/29/2007 05:13:50 PM | 17 | | Sales | ($55.95) | | $41.46 |
| DTH | 08/29/2007 06:36:38 PM | TFN0824 | | Phone Withdrawal | ($0.76) | | $40.70 |
| DTH | 08/29/2007 09:07:06 PM | 70 | | Sales | ($10.00) | | $30.70 |
| DTH | 09/03/2007 02:42:27 PM | TFN0829 | | Phone Withdrawal | ($5.00) | | $25.70 |
| DTH | 09/05/2007 06:29:27 PM | 68 | | Sales | ($12.75) | | $12.95 |
| DTH | 09/07/2007 10:16:51 AM | GIPP0807 | | Payroll - IPP | $19.32 | | $32.27 |

Date: 11/27/2007  
Time: 11:36:58 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: DTH

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 13084026 | Living Quarters: | E03-202L |
| Inmate Name: | COOKS, DERRICK | Arrived From: | MIL |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 11/25/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 09/07/2007 09:01:28 PM | TFN0907 | | Phone Withdrawal | ($4.00) | | $28.27 |
| DTH | 09/08/2007 03:02:09 PM | TFN0908 | | Phone Withdrawal | ($3.00) | | $25.27 |
| DTH | 09/09/2007 12:24:06 PM | TFN0909 | | Phone Withdrawal | ($5.00) | | $20.27 |
| DTH | 09/12/2007 05:42:06 PM | 24 | | Sales | ($10.80) | | $9.47 |
| DTH | 09/14/2007 08:11:26 PM | TFN0914 | | Phone Withdrawal | ($2.00) | | $7.47 |
| DTH | 09/16/2007 02:19:20 PM | TFN0916 | | Phone Withdrawal | ($2.00) | | $5.47 |
| DTH | 09/16/2007 03:00:48 PM | TFN0916 | | Phone Withdrawal | ($2.00) | | $3.47 |
| DTH | 09/22/2007 11:19:50 AM | TFN0922 | | Phone Withdrawal | ($1.00) | | $2.47 |
| DTH | 09/26/2007 07:15:34 AM | TFN0926 | | Phone Withdrawal | ($2.00) | | $0.47 |
| DTH | 09/29/2007 09:04:12 PM | 33326007 | | Western Union | $100.00 | | $100.47 |
| DTH | 10/01/2007 11:35:41 AM | TFN1001 | | Phone Withdrawal | ($3.00) | | $97.47 |
| DTH | 10/02/2007 05:12:16 PM | 20 | | Sales | ($51.08) | | $46.39 |
| DTH | 10/03/2007 11:44:44 AM | TFN1003 | | Phone Withdrawal | ($3.00) | | $43.39 |
| DTH | 10/04/2007 02:59:28 PM | TFN1004 | | Phone Withdrawal | ($3.00) | | $40.39 |
| DTH | 10/06/2007 12:03:45 PM | TFN1006 | | Phone Withdrawal | ($10.00) | | $30.39 |
| DTH | 10/09/2007 12:11:00 PM | HIPP0907 | | Payroll - IPP | $27.48 | | $57.87 |
| DTH | 10/09/2007 05:53:39 PM | 41 | | Sales | ($23.70) | | $34.17 |
| DTH | 10/10/2007 09:40:49 AM | TFN1010 | | Phone Withdrawal | ($4.00) | | $30.17 |
| DTH | 10/12/2007 11:37:24 AM | TFN1012 | | Phone Withdrawal | ($2.00) | | $28.17 |
| DTH | 10/12/2007 09:20:48 PM | TFN1012 | | Phone Withdrawal | ($8.00) | | $20.17 |
| DTH | 10/17/2007 09:15:37 PM | TFN1017 | | Phone Withdrawal | ($4.00) | | $16.17 |
| DTH | 10/20/2007 08:56:57 PM | TFN1020 | | Phone Withdrawal | ($2.00) | | $14.17 |
| DTH | 10/21/2007 07:37:24 PM | TFN1021 | | Phone Withdrawal | ($3.00) | | $11.17 |
| DTH | 10/23/2007 06:33:14 PM | 84 | | Sales | ($7.35) | | $3.82 |
| DTH | 10/26/2007 08:01:10 PM | TFN1026 | | Phone Withdrawal | ($2.00) | | $1.82 |
| DTH | 10/28/2007 02:38:01 PM | TFN1028 | | Phone Withdrawal | ($1.00) | | $0.82 |
| DTH | 10/28/2007 09:04:43 PM | 33302108 | | Western Union | $100.00 | | $100.82 |
| DTH | 10/28/2007 09:35:25 PM | TFN1028 | | Phone Withdrawal | ($10.00) | | $90.82 |
| DTH | 10/30/2007 05:06:02 PM | 12 | | Sales | ($67.10) | | $23.72 |
| DTH | 11/01/2007 02:54:49 PM | TFN1101 | | Phone Withdrawal | ($3.00) | | $20.72 |

Date: 11/27/2007
Time: 11:36:58 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DTH

## General Information

| Inmate Reg#: | 13084026 | Living Quarters: | E03-202L |
|---|---|---|---|
| Inmate Name: | COOKS, DERRICK | Arrived From: | MIL |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 11/25/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DTH | 11/01/2007 08:37:13 PM | TFN1101 | | Phone Withdrawal | ($5.00) | | $15.72 |
| DTH | 11/05/2007 07:26:46 PM | TFN1105 | | Phone Withdrawal | ($5.00) | | $10.72 |
| DTH | 11/06/2007 08:53:01 AM | HIPP1007 | | Payroll - IPP | $17.64 | | $28.36 |
| DTH | 11/06/2007 05:00:10 PM | 21 | | Sales | ($8.88) | | $19.48 |
| DTH | 11/07/2007 09:23:42 PM | TFN1107 | | Phone Withdrawal | ($10.00) | | $9.48 |
| DTH | 11/12/2007 02:13:04 PM | TFN1112 | | Phone Withdrawal | ($4.00) | | $5.48 |
| DTH | 11/12/2007 08:14:47 PM | TFN1112 | | Phone Withdrawal | ($3.00) | | $2.48 |
| DTH | 11/16/2007 05:10:03 AM | 70195801 | | Lockbox - CD | $20.00 | | $22.48 |
| DTH | 11/18/2007 02:08:50 PM | TFN1118 | | Phone Withdrawal | ($3.00) | | $19.48 |
| DTH | 11/18/2007 09:06:41 PM | TFN1118 | | Phone Withdrawal | ($3.00) | | $16.48 |
| DTH | 11/21/2007 05:18:32 PM | 19 | | Sales | ($6.55) | | $9.93 |
| DTH | 11/22/2007 12:20:51 PM | TFN1122 | | Phone Withdrawal | ($9.00) | | $0.93 |
| DTH | 11/24/2007 01:05:03 PM | 33304008 | | Western Union | $100.00 | | $100.93 |
| **Total Transactions:** | **103** | | **Totals:** | | **$77.91** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DTH | $100.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.93 |
| **Totals:** | **$100.93** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$100.93** |

Date: 11/27/2007  
Time: 11:36:58 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: DTH

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 13084026 | Living Quarters: | E03-202L |
| Inmate Name: | COOKS, DERRICK | Arrived From: | MIL |
| Current Site Name: | Duluth FPC | Transferred To: | |
| Housing Unit: | DTH-E-A | Account Creation Date: | 11/25/2003 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $881.48 | $803.57 | $22.40 | $100.93 | $24.06 | N/A | N/A |