
# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

December 19, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Derrick Crooks v. USA
        D. C. Docket No. 07-1117
        U. S. C. A. Docket: no number yet

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:_____s/H. Kallister_____
             Deputy Clerk