**E-FILED**
Wednesday, 19 December, 2007  04:40:02 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                    (312)435-5850

**To:    District Court Clerk's Office**

**Re:    Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Filed on:

Appellate Court No.:

Short Caption:

District Court Judge:

District Court No.:

If you have any questions regarding this appeal, please call this office.

**cc:**