TOTAL P.001

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: January 15, 2008

TO: District Court Clerk

RE: Notice to transmit the record

FILED
JAN 15 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 07-4022

DERRICK T. COOKS,
    Petitioner - Appellant

v.

UNITED STATES OF AMERICA,
    Respondent - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 1117, Michael M. Mihm, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)