1:07-cv-01117-MMM    # 31    Page 1 of 1                              **E-FILED**
                                                         Monday, 28 January, 2008  12:15:06 PM
1:07-cv-01117-MMM    # 30    Page 1 of 1                 Clerk, U.S. District Court, ILCD
                                                         **E-FILED**
                                                         Wednesday, 16 January, 2008  02:13:35 PM
                                                         Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

PAMELA E. ROBINSON
CLERK OF COURT

January 16, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604



U.S.C.A. - 7th Circuit
RECEIVED
JAN 17 2008 RMS

GINO J. AGNELLO
CLERK

1204

RE: Cooks v. USA
D. C. Docket No. 07-1117
U. S. C. A. Docket No. 07-4022

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY: *s/H.* Kallister
Deputy Clerk