CERTIFIED COPY

E-FILED
Tuesday, 20 May, 2008 01:55:43 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted March 14, 2008
Decided March 27, 2008

Before

DANIEL A. MANION, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

FILED

MAY 20 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| No. 07-4022 | |
| DERRICK T. COOKS,<br>*Petitioner-Appellant*, | Appeal from the United States District Court for the Central District of Illinois. |
| v. | No. 07-1117 |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee*. | Michael M. Mihm,<br>*Judge*. |

O R D E R

Derrick Cooks has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED**.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   May 19, 2008

TO:     Pamela E. Robinson
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602
        USA

**FILED**

MAY 2 0 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:   Clerk of the Court

RE:     07-4022
        Cooks, Derrick T. v. USA
        07 C 1117, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

ENCLOSED:                                           TO BE RETURNED AT LATER DATE:
[2]     Volumes of pleadings                        [ ]
[ ]     Volumes of loose pleadings                  [ ]
[ ]     Volumes of transcripts                      [ ]
[ ]     Volumes of exhibits                         [ ]
[ ]     Volumes of depositions                      [ ]
[ ]     In Camera material                          [ ]
[ ]     Other_____              [ ]

        Record being retained for use               [ ]
        in Appeal No. _____

Copies of this notice sent to:          Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____